THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: June 17, 2011

_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

IN RE:      BRIANA HUNTER,                        11-28272-pp
            LATASHA L. DARNELL,                    11-28477-pp
            IESHA COLEMAN,                         11-27476-pp
            TAMEKA WRENCHER,                       11-28747-pp
            SHELETHA BRADDOCK,                     11-28542-pp
            ANGEL D. HINTON,                       11-28961-pp,

                Debtors.                    Chapter 7

_____

**ORDER TO SHOW CAUSE REGARDING FEES
OF PETITION PREPARER**

_____

In the above-captioned cases, petition preparer Deron Coleman has filed
Forms B280, Disclosure of Compensation of Bankruptcy Petition Preparer in
which he indicated that he charged the above-captioned debtors $175 each to
prepare bankruptcy papers. The Court has a number of concerns about
patterns it sees in these cases, including situations in which the debtor is
missing required documents (even though the debtor paid Deron Coleman to
prepare and file the documents), situations where it appears that Deron
Coleman has given the debtors legal advice, situations in which debtors have

1

informed the Court that Deron Coleman did not file papers they asked him to file, and other issues.

WHEREFORE, the Court hereby **ORDERS** that Deron Coleman appear and show cause as to why the fees he collected in the above-captioned matters are not unreasonable and excessive.  The Court further **ORDERS** that Deron Coleman appear on **Wednesday, July 6, 2011** at **2:00 p.m.** in Room 149 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin to show cause why the Court should not require him to refund fees and/or should not bar him from preparing bankruptcy petitions.

The Court further **ORDERS** that if Deron Coleman fails to appear at this hearing, he could be subject to fines and sanctions pursuant to 11 U.S.C. § 110(h)(5).

The debtors in the above-captioned cases are welcome to attend this hearing if they choose, but are not required to appear.

#   #   #   #   #

2